IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **SARAH FISHER, as Trustee for Wild Prairie Trust,** § § § § | |
| **Plaintiff,** § | |
| v. § | Civil Action No. 4:17-cv-00283-O-BP |
| **WELLS FARGO BANK, N.A.,** § § § | |
| **Defendant.** § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Defendant's Motion to Dismiss and Brief in Support (ECF No. 10) is **GRANTED** and Plaintiff's claims are **DISMISSED** with prejudice.

**SO ORDERED** on this 28th day of July, 2017.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE